**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Margarito TORRES–PESINA, also known as Margarito Torres–Pecina, also known as Jose Castillo–Garcia, Defendant–Appellant.**

No. 04–50333.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Lucien B. Campbell, Federal Public Defender, Philip J. Lynch, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Margarito Torres–Pesina concedes

---

the limited circumstances set forth in 5th Cir. R. 47.5.4.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be

that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

Appealing the Judgment in a Criminal Case, Ignacio Castro–Balderas concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.